Sharidan L. Stiles;
Inventor
Pro Se'
s@us4uni.com
2570 Harlan Drive;
Redding, California 96003
(530) 339-1933

**FILED**

MAY 15 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN L. STILES, an individual, Inventor<br><br>Plaintiff,<br><br>Vs.<br><br>THE PROCTER & GAMBLE COMPANY a corporation.<br><br>Defendant. | Case NO. 2:23-CV-00474-DJC-DMC<br><br>Hon. Daniel J. Calabretta<br>Hon. Dennis M. Cota<br>Date: May 3, 2023<br><br>PLAINTIFFS MOTION FOR ENTRY OF DEFAULT JUDGEMENT OF FIRST, SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION |

## NOTICE OF ENTRY FOR DEFAULT JUDGEMENT

TO DEFENDANT AND THEIR ATTORNEYS, NOT ON RECORD TO DATE. DEFENDANT, PROCTER & GAMBLE, has been sought for affirmative relief and has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

PLEASE TAKE NOTICE THAT on Wednesday, May 3, 2023, Sharidan Stiles, Inventor, ("Plaintiff") pursuant to Federal Rules of Civil Procedure Rule 55 Default Judgment; And the California Rule 3.110. (h) Request for entry of DEFAULT JUDGEMENT on Plaintiffs CLAIM IN IT'S ENTIRETY OF THE FIRST, SECOND, THIRD, FOURTH AND FIFTH Causes of Action; When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, which was due by 05/02/23, the clerk must enter the party's default, 55(a)(1), and, before the Court for accounting of damages, 55(b)(2). The following:

55(a)(1) For an order granting certification for a Class Action on Second and Third Causes of Action, which allege federal and state Anti-Trust violations (collectively, the "Anti-Trust claims"), on the grounds that there is no triable issue as to any material fact pertaining to the Anti-Trust claims, and Plaintiff is entitled to Judgment to proceed, of the Anti-Trust claims as a matter of law.

55(b)(2) By the Court granting Default Judgment of the First, Fourth and Fifth Causes of action;

Requesting that the court may conduct hearings or make referrals—<u>preserving any federal statutory right to a jury trial</u>—when, to enter or effectuate judgment, it needs to:

(A) Conduct an accounting;

(B) Determine the amount of damages;

(C) Establish the truth of any allegation by evidence; or

(D) Investigate any other matter.

Date:  May 11, 2023

Respectfully submitted,

*Sharidan L. Stiles*
Sharidan L. Stiles
Inventor
2570 Harlan Drive;
Redding, California 96003
(530) 339-1933
s@us4uni.com