IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES,<br><br>    Plaintiff,<br><br>    v.<br><br>PROCTOR & GAMBLE COMPANY,<br><br>    Defendant. | No. 2:23-CV-0474-DAD-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 7, for permission to access the Court's Electronic Case Filing (ECF) system. Plaintiff's motion will be denied without prejudice to renewal upon a showing of current ability to effectively utilize the ECF system, which requires Internet access, email access, and computer access. See Local Rule 133(b)(2), (3).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 7, is DENIED without prejudice to renewal.

Dated:  October 23, 2023

                                        DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE