IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROCTOR & GAMBLE COMPANY,<br><br>　　　　　Defendant. | No. 2:23-CV-0474-DAD-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 8, to correct the complaint. In her motion, Plaintiff asks that the Court re-file her original complaint in such a way that it does not appear blurry, smudged, and such that the graphics included in various attached exhibits appear in color. The Court has reviewed Plaintiff's complaint as it appears on the public docket and finds that it does not appear to be unreadable or understandable in its current representation. To the extent various exhibits are not in color, the Court notes that a complaint need not be accompanied by exhibits to be operative, and the parties will have an opportunity later in the proceedings to submit higher quality exhibits and graphics in color if they so wish. At this early stage of the proceeds, the complaint on file is sufficient to provide Defendant notice.

/ / /

/ / /

As explained in the accompanying order, Plaintiff has been directed to serve Defendant through its corporate agent in Ohio. When doing so, Plaintiff will have the opportunity to provide Defendant with a copy of her complaint which is not scanned by the Court for filing and which contains color graphics and images.

Finally, at this stage before Defendant has been served or answered, Plaintiff may file an amended complaint as-of-right is she chooses.

Accordingly, IT IS HEREBY ordered that Plaintiff's motion, ECF No. 8, is DENIED.

Dated:  October 23, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE