UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, | No. 2:23-cv-0474 DAD AC PS |
| Plaintiff, | |
| v. | ORDER |
| PROCTOR & GAMBLE COMPANY, | |
| Defendant. | |

Plaintiff is proceeding in this case in pro se. On October 23, 2023, plaintiff was notified that she had not properly served defendant in compliance with Federal Rule of Civil Procedure 4. ECF No. 21 at 1. Plaintiff was given an opportunity to properly complete service within 60 days. ECF No. 21 at 2. On December 7, 2023, shortly before the 60 day period was up, this case was related to other pending cases in this district. ECF No. 24. The 60 day period passed without plaintiff filing a proof of service. Then, on April 12, 2024, this case was stayed pending the resolution of a related case. ECF No. 29. The stay was lifted on November 17, 2025. ECF No. 31. Defendant confirmed that as of December 8, 2025, it has not been properly served. ECF No. 32.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of service

1

documents within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: December 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE