UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN L. STILES, | No. 2:23-cv-00474-DAD-AC |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE |
| PROCTOR & GAMBLE COMPANY, | |
| Defendant. | (Doc. No. 35) |

Plaintiff Sharidan Stiles, proceeding *pro se*, initiated this civil action on March 13, 2023. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2025, the assigned magistrate judge ordered plaintiff to show cause, in writing, within fourteen days of the date of entry of that order why plaintiff's failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute. (Doc. No. 34.) To date, plaintiff has not filed any response to this order and the time in which to do so has passed. Accordingly, on January 7, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute. (Doc. No. 35.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto

1

were to be filed within twenty-one (21) days after service.  (*Id.* at 2.)  To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above,

1. The findings and recommendations issued on January 7, 2026 (Doc. No. 35) are ADOPTED in full;

2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 16, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2